UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

    CYNTHIA SUE GABARA, et al.,

        Debtors.
_____/
LIBERTY MUTUAL INSURANCE COMPANY,
a Massachusetts Corporation,

        Plaintiff,

v.

MERTON S. GABARA, et al.,
        Defendants.
_____/

Case Nos.    16-21394-dob
               16-21395-dob
               16-21392-dob
               16-21391-dob
Chapter 7 Proceedings
Hon. Daniel S. Opperman

Adversary Proceeding
Case No. 20-2053-dob

## ORDER DENYING MOTION TO DISMISS OF DEFENDANTS MERTON GABARA, GARY LUMSDEN AND TAMYRA CRITTENDEN

For the reasons stated in this Court's Opinion dated May 12, 2021;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Dismiss of Defendants Merton Gabara, Gary Lumsden and Tamyra Crittenden is Denied.

**Signed on May 12, 2021**



/s/ Daniel S. Opperman
**Daniel S. Opperman
United States Bankruptcy Judge**